UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMIAN HOOVER, | : | |
| Plaintiff, | : | NO. 1:19-CV-00579 |
| | : | |
| -vs- | : | (CARLSON, M.J.) |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | [FILED VIA ECF] |

FILED
HARRISBURG, PA
SEP 21 2020
Per ___KJN___
Deputy Clerk

### ORDER

AND NOW, this 21st day of September 2020, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, **Damian Hoover**, is awarded **Seven Thousand Two Hundred and 00/100 dollars ($7,200.00)** in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the

awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

/s/ Martin C. Carlson
MARTIN C. CARLSON
UNITED STATES MAGISTRATE JUDGE